# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTINE M. ALLISON,,

    v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

Case No. C09-5497RBL-KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)   the Court adopts the Report and Recommendation;

(2)   the ALJ erred in her decision as described in the Report and Recommendation; and

(3)   the matter is therefore REVERSED and remanded to the Commissioner for payment of benefits

September 22, 2010           WILLIAM M. McCOOL
Date                 Clerk

                   *s / Mary Trent*
                   Deputy Clerk