UNITED STATES DISTRICT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE M. ALLISON, ) | |
| ) | Civil No. C:09-5497-RBL |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, EXPENSES, |
| vs. ) | AND COSTS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |

This matter having come on regularly before the undersigned upon the Motion of Plaintiff, the Court having considered the Declarations of Elie Halpern and Ralph Wilborn including the time they put in on this case, and having considered Defendant's response, good cause having been shown for entry of this order, now, therefore, it is hereby

ORDERED that Plaintiff is awarded attorney fees in the amount of $1,194.22, costs in the amount of $378.20 for filing fee and photocopies, and expenses in the amount of $43.57 for postage, fax, and long distance calls payable to Elie Halpern, and Plaintiff is awarded attorney fees in the amount of $7,489.58 payable to Ralph Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _ (2010), payment of this

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5497RBL-KLS] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

award shall be made via check sent to Elie Halpern's address: Halpern & Oliver, PLLC, 1800 Cooper Pt. Road SW, Bldg. #19, Olympia, WA 98502.

DATED this 29th day of November, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5497RBL-KLS] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055